1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  ERIC PAUL JAMVOLD

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )
                                      )  Case No. 6:15-mj-00020-MJS
12          Plaintiff,                )
                                      )  STIPULATION TO MODIFY SPECIAL
13  vs.                               )  CONDITION 10 OF PROBATION PURSUANT
                                      )  TO 18 U.S.C. § 3563(C); ORDER
14  ERIC PAUL JAMVOLD,                )
                                      )
15          Defendant.                )
                                      )
16                                    )

17       **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for defendant Eric Paul Jamvold, that Special Condition

20  10 of Mr. Jamvold's probation be modified to as follows: "The defendant shall serve a period of

21  30 days with credit for 2 days served for a total of 28 days in the custody of the Bureau of

22  Prisons, pursuant to 18 U.S.C. § 3563(b)(10).  It is further ordered that the defendant, having

23  been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution

24  designated by the Bureau of Prisons, or if no such institution has been designated, the United

25  States Marshal in Fresno, California, before 2:00 PM on May 10, 2016.  The Court recommends

26  that defendant be permitted to serve his custody time in Nevada City, California, so that he can

27  be near his hometown of Jamestown, California.  In addition, as directed by his probation officer,

28  the defendant shall complete a 30 day inpatient treatment program for substance abuse."

1    On January 27, 2016, this Court sentenced Mr. Jamvold to thirty-six months of probation. *See* Judgment, Docket No. 13, at 2.  Pursuant to Special Condition 10 of his probation, Mr. Jamvold was ordered to 60 days in the custody of the Bureau of Prisons.  *Id.* at 3.  However, the special condition further provided that, "[a]t the Probation Officer's discretion, 30 of the 60 days may be served as inpatient treatment for substance abuse." *Id.*  The Court ordered Mr. Jamvold to self-surrender to begin serving the custody time on March 29, 2016.

Defense counsel has learned that Special Condition 10 is problematic for the Bureau of Prisons.  The Bureau of Prisons requires guidance from the Court as to whether Mr. Jamvold is to serve 30 or 60 days in custody.  Defense counsel has further learned that the Bureau of Prisons may be able to designate Mr. Jamvold to Nevada City, California, if the self-surrender date is continued.  Nevada City is close to Mr. Jamvold's hometown, which is Jamestown.  Finally, defense counsel noted that the Judgment is currently silent as to the 2 days Mr. Jamvold already served.  While the Presentence Investigation Report notes the time-served, out of an abundance of caution defense counsel requests that the Court mention the 2 days of credit in the Judgment.

Accordingly, for the foregoing reasons, Mr. Jamvold requests that the Court modify Special Condition 10 to: (1) clarify that Mr. Jamvold is serve 30 days in the custody of the Bureau of Prisons and complete 30 days at a substance abuse treatment program; (2) recommend the Bureau of Prisons designate Mr. Jamvold to facility in Nevada City and continue his self-surrender date for six weeks to give the Bureau of Prisons time to make such a designation; and (3) note Mr. Jamvold's 2 days of credit for time served.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Respectfully submitted,

Date: March 22, 2016            */s/ Matthew McNease*
                                MATTHEW MCNEASE
                                Yosemite Legal Officer
                                Counsel for the Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


Date: March 22, 2016            */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                ERIC PAUL JAMVOLD


**O R D E R**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies Special Condition 10 as follows: "The defendant shall serve a period of 30 days, with credit for 2 days served, or a total of 28 days, in the custody of the Bureau of Prisons, pursuant to 18 U.S.C. § 3563(b)(10). It is further ordered that the defendant, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, the United States Marshal in Fresno, California, before 2:00 PM on May 10, 2016. The Court recommends that defendant be permitted to serve the time in Nevada City, California, so that he can be near his hometown of Jamestown, California. In addition, as directed by his probation officer, the defendant shall complete a 30 day inpatient treatment program for substance abuse."

IT IS SO ORDERED.

Dated:   March 23, 2016             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE