HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERIC PAUL JAMVOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00020-MJS |
|---|---|
| Plaintiff, | REQUEST FOR AUTHORIZATION TO TRAVEL INTERNATIONALLY; ORDER |
| vs. | |
| ERIC PAUL JAMVOLD, | |
| Defendant. | |

Defendant Eric Paul Jamvold, by and through his counsel of record, hereby requests that the Court authorize him to travel to Ireland and Scotland from June 22, 2017, to July 6, 2017.

Mr. Jamvold has been on supervised probation since his release from imprisonment in June 2016. Per the conditions of his probation, he participated in an inpatient substance abuse treatment program following his release from imprisonment. Since completing the treatment program, Mr. Jamvold has regularly attended Alcoholics Anonymous meetings and has passed all drug and alcohol tests.

Mr. Jamvold is requesting permission to travel to Ireland and Scotland with his family, including his fiancé and daughter. His family is taking this trip to celebrate his daughter's graduation. Mr. Jamvold has provided a travel itinerary to his probation officer, Matthew Faubert, and Mr. Faubert has no objection to this request. Mr. Faubert indicated that, because the trip involves international travel, the Court must grant permission.

WHEREFORE, Mr. Jamvold requests that this Court enter an order authorizing him to travel internationally from June 22, 2017, to July 6, 2017.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 9, 2017

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ERIC PAUL JAMVOLD

**O R D E R**

The Court hereby grants Defendant Eric Paul Jamvold permission to travel to Ireland and Scotland from June 22, 2017, to July 6, 2017. While traveling internationally, Mr. Jamvold shall continue to abide by all conditions of his supervised probation, including abstaining from the use of controlled substances and alcohol, as set forth in USA v Eric Jamvold, case number 6:15-mj-00020-MJS.

IT IS SO ORDERED.

Dated: June 12, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE