HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERIC JAMVOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00020-MJS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE REVIEW HEARING; ORDER |
| vs. | |
| ERIC JAMVOLD, | |
| Defendant. | |

The parties hereby request the Court to continue Eric Jamvold's review hearing to September 4, 2018.

On January 27, 2016, the Court sentenced Mr. Jamvold to 36 months of probation with the conditions that he obey all laws and report all law enforcement contact within 7 days. At least 12 months of probation was to be supervised by a probation officer, and Mr. Jamvold was ordered to serve 60 days in custody. Additionally, the Court ordered Mr. Jamvold to complete 200 hours of community service.

On March 23, 2016, the parties filed a stipulation that became the order of the Court. The Court ordered Mr. Jamvold to serve 30 days in custody, with a surrender date of May 10, 2016, and to complete 30 days at an in-patient treatment facility.

On May 4, 2016, the government filed a Petition for Violation of Probation, in which it alleged that Mr. Jamvold admitted that he had consumed alcohol in violation of the terms of his probation.

On May 6, 2016, Mr. Jamvold admitted the violation and was sentenced to 60 days in custody and ordered to complete 180 days at an in-patient facility. All other conditions of probation remained the same.

After serving the ordered custody time, Mr. Jamvold started his in-patient program at Wellspace in July 2016. Mr. Jamvold benefitted greatly from treatment. While residing at Wellspace, he completed several voluntary programs including a leadership program, a parenting class, an anger management class, and he participated in dialectic behavior therapy.

Mr. Jamvold completed 90 days at the in-patient facility. Then within a year of his release from Wellspace, Mr. Jamvold had completed 270 hours of community service, he had paid the court fines, and he had resumed child support payments. He reported to his probation officer when ordered and passed every alcohol/drug test.

On August 23, 2017, Mr. Jamvold moved the Court to convert his supervised probation into unsupervised probation. His request was granted with the condition that Mr. Jamvold's fiancé, Melissa Hales, submit sworn declarations that Mr. Jamvold has maintained his sobriety.

Ms. Hales has filed Notices of Sobriety Compliance every sixty days since the Court's order confirming that Mr. Jamvold has remained sober.

It is Mr. Jamvold's position that he is in compliance with the conditions of probation, however, an issue was brought to the parties' attention that warrants further investigation. Accordingly, the parties hereby request the Court to continue Mr. Jamvold's review hearing to September 4, 2018.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 8, 2018

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

//

//

//

|  |  |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 8, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC JAMVOLD |

**O R D E R**

Pursuant to Mr. Jamvold's request, the Court hereby continues the review hearing to September 4, 2018.

IT IS SO ORDERED.

Dated:   May 10, 2018                              /s/ *Jeremy D. Peterson*
                                                        UNITED STATES MAGISTRATE JUDGE