1    HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
2    HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
3    Office of the Federal Defender
2300 Tulare Street, Suite 330
4    Fresno, CA 93721-2226
Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorney for Defendant
ERIC JAMVOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00020-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE SEPTEMBER 4, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| ERIC JAMVOLD, | |
| Defendant. | |

     Defendant Eric Jamvold hereby requests that the Court vacate the September 4, 2018 review hearing. The Government is in agreement with the request.

     On January 27, 2016, the Court sentenced Mr. Jamvold to 36 months of probation with the conditions that he obey all laws and report all law enforcement contact within 7 days. At least 12 months of probation was to be supervised by a probation officer, and Mr. Jamvold was ordered to serve 60 days in custody. Additionally, the Court ordered Mr. Jamvold to complete 200 hours of community service.

     On March 23, 2016, the parties filed a stipulation that became the order of the Court. The Court ordered Mr. Jamvold to serve 30 days in custody, with a surrender date of May 10, 2016, and to complete 30 days at an in-patient treatment facility.

     On May 4, 2016, the government file a Petition for Violation of Probation, in which it alleged that Mr. Jamvold admitted that he had consumed alcohol in violation of the terms of his

probation.

On May 6, 2016, Mr. Jamvold admitted the violation and was sentenced to 60 days in custody and ordered to complete 180 days at an in-patient facility. All other conditions of probation remained the same.

After serving the ordered custody time, Mr. Jamvold started his inpatient program at Wellspace, where he completed several voluntary programs including a leadership program, a parenting class, an anger management class, and he participated in dialectic behavior therapy. Mr. Jamvold completed 90 days at Wellspace.

Within a year of his release from Wellspace, Mr. Jamvold had completed 270 hours of community service, he had paid the court fines, and he had resumed child support payments. He reported to his probation officer when ordered and passed every alcohol/drug test.

On August 23, 2017, Mr. Jamvold moved the Court to convert his supervised probation into unsupervised probation. His request was granted with the condition that Mr. Jamvold's fiancé, Melissa Hailes, submit sworn declarations that Mr. Jamvold has maintained his sobriety.

Ms. Hailes has filed Notices of Sobriety Compliance every sixty days since the Court's order confirming that Mr. Jamvold has remained sober.

The parties agree that Mr. Jamvold is in compliance with the terms of his probation. Accordingly, the parties request that the Court vacate the September 4, 2018 review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 23, 2018         */s/ Hope Alley*
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ERIC JAMVOLD

**O R D E R**

Pursuant to the parties' request, the court vacates the September 4, 2018, review hearing for Case No. 6:15-mj-00020-JDP.

IT IS SO ORDERED.

Dated:   August 24, 2018                                    /s/ Jeremy Peterson
                                                            UNITED STATES MAGISTRATE JUDGE

Jamvold - Motion to Vacate

2